UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MIGUEL RODRIGUEZ CORTEZ, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00161-NONE-SAB<br><br>ORDER SETTING EARLY SETTLEMENT CONFERENCE PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(ECF No. 16) |

    Miguel Rodriguez Cortez and Desiree Mercado (collective "Plaintiffs") filed this civil rights action pursuant to 42 U.S.C. § 1983 against the County of Merced, the Merced County Sheriff's Department, and Vernon H. Warnke on January 30, 2020. (ECF No. 1.) On February 26, 2020, Defendants County of Merced and Warnke filed an answer to the complaint. (ECF No. 8.) Defendant Merced County Sheriff's Office filed an answer on February 27, 2020. (ECF No. 9.) On March 18, 2020, Plaintiff filed a first amended complaint naming four additional defendants in this action, Julio Ibarra Perez, Joseph Royel, Damien Sparks, and Nasir Wali. (ECF No. 10.) On April 7, 2020 at the stipulation of the parties, this matter was stayed for completion of alternative dispute resolution. (ECF Nos. 13, 15.) On April 29, 2020, the parties filed a stipulation to participate in an early settlement conference before United States Magistrate Judge Kendall J. Newman. (ECF No. 16.)

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that an early settlement conference is set before United States Magistrate Judge Kendall J. Newman on August 21, 2020, at 9:00 a.m. in Courtroom 25 at the United States District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **April 29, 2020**

UNITED STATES MAGISTRATE JUDGE