# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ CORTEZ, et al., | Case No. 1:20-cv-00161-NONE-SAB |
| Plaintiffs, | ORDER CONTINUING STAY OF ACTION AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 18) |
| Defendants. | DEADLINE: SEPTEMBER 4, 2020 |

On April 7, 2020, this matter was stayed for the parties to participate in early settlement discussions and they were ordered to file a joint status report without one hundred twenty days. On July 29, 2020, the parties filed their joint status report stating that a settlement conference is set for August 21, 2020.

Accordingly, IT IS HEREBY ORDERED that the stay in this matter is continued and the parties shall file a joint status report on or before **September 4, 2020**.

IT IS SO ORDERED.

Dated: __**July 30, 2020**__

UNITED STATES MAGISTRATE JUDGE

1