# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ CORTEZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF MERCED, et al., <br><br>Defendants. | Case No. 1:20-cv-00161-NONE-SAB <br><br>(ECF No. ) |

    Miguel Rodriguez Cortez and Desiree Mercado filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2020, the matter was stayed for the parties to engage in alternative dispute resolution. On August 21, 2020, Magistrate Judge Kendall Newman conducted a settlement conference. The Plaintiff Mercado did not appear for the settlement conference because counsel had been unable to contact her and counsel sought to withdraw from representation. Plaintiff Rodriguez settled his claims in this action.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Rodriguez shall file dispositive documents on or before **October 5, 2020; and**

2. Counsel for Plaintiff Desiree Mercado shall file a motion to withdraw as counsel in this action on or before **October 5, 2020.**

IT IS SO ORDERED.

Dated: **September 8, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1