# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ CORTEZ, et al., | Case No. 1:20-cv-00161-NONE-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF DESIREE MERCADO TO APPEAR TELEPHONICALLY AT OCTOBER 7, 2020 HEARING AND DIRECTING CLERK OF THE COURT TO SERVE ORDER |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

Plaintiffs Miguel Rodriguez Cortez and Desiree Mercado filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 30, 2020.  Plaintiffs' counsel has filed a motion to withdraw as counsel for Desiree Mercado which is set for hearing on October 7, 2020, at 10:00 a.m. in Courtroom 9.  The Court shall require Plaintiff Mercado to appear for the October 7, 2020 hearing.

Plaintiff Mercado may appear telephonically on the public access line by dialing (877) 336-1280, Access Code 1198646 # then #.  Counsel may appear by video by contacting Courtroom Deputy Mamie Hernandez for the Zoom ID and password.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Desiree Mercado SHALL APPEAR telephonically **on October 7, 2020, at 10:00 a.m.** in Courtroom 9 by calling (877) 336-1280, Access Code 1198646 # then #;

1

2. **Plaintiff is advised that the failure to appear at the October 7, 2020 hearing in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action;** and

3. The Clerk of the Court is DIRECTED to serve a copy of this order by mail to:

> Viktoria Desiree Mercado
> 1625 Richland Avenue
> Ceres, California 95307.

IT IS SO ORDERED.

Dated:   **September 10, 2020**

UNITED STATES MAGISTRATE JUDGE

2