# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ CORTEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | Case No. 1:20-cv-00161-NONE-SAB<br><br>ORDER AMENDING ORDER GRANTING MARK E. MERIN AND PAUL H. MASUHARA'S MOTION TO WITHDRAW AS COUNSEL FOR DESIREE MERCADO AND REQUIRING PLAINTIFF MERCADO TO FILE A NOTICE OF CHANGE OF ADDRESS AND ORDER LIFTING STAY OF ACTION AND SETTING MANDATORY SCHEDULING CONFERENCE FOR NOVEMBER 12, 2020 AT 9:00 A.M.<br><br>(ECF No. 39) |

On October 8, 2020, an Order Lifting Stay of Action and Setting Mandatory Scheduling Conference for November 12, 2020 at 9:00 A.M. was issued but the order inconsistently stated that the mandatory scheduling conference would be held at 10:00 a.m.  Accordingly, the order issued October 8, 2020 is HEREBY AMENDED at 8:5 to read

    9.    A mandatory scheduling conference is set for November 12, 2020, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **October 9, 2020**

UNITED STATES MAGISTRATE JUDGE

1