# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MERCADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00161-NONE-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY ROGER S. MATZKIND AND DIRECTING CLERK OF COURT TO TERMINATE ROGER S. MATZKIND AS ATTORNEY OF RECORD<br><br>(ECF No. 43) |

On October 29, 2020, a notice of withdrawal of Roger S. Matzkind as counsel for Defendants County of Merced, Merced County Sheriff's Office, and Vernon H. Warnke (collectively the "County Defendants"), was filed. (ECF No. 43.) Attorney Janine Leia Highiet-Ivicevic remains as counsel of record for the County Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Roger S. Matzkind as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Roger S. Matzkind as counsel of record for Defendants County of Merced, Merced County Sheriff's Office, and Vernon H. Warnke.

IT IS SO ORDERED.

Dated: **November 9, 2020**

UNITED STATES MAGISTRATE JUDGE