# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MERCADO, | Case No. 1:20-cv-00161-NONE-SAB |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

This civil rights action was filed pursuant to 42 U.S.C. § 1983 on January 30, 2020. Currently, Desiree Mercado's ("Plaintiff") is proceeding pro se in this action, after Plaintiff Miguel Rodriguez Cortez settled his claims and was dismissed from the action and a motion to withdraw as counsel for Plaintiff Mercado was granted. On November 25, 2020, Defendants filed a motion to dismiss in this action setting the hearing before District Judge Dale A. Drozd. On November 30, 2020, the matter was referred to the undersigned for the preparation of findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion to dismiss shall be set for **January 6, 2021, at 10:00 a.m.** in Courtroom 9;

2. At least **forty-eight hours** prior to the hearing, Plaintiff Mercado shall contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain information on

how to appear by video at the hearing; and

3. The Clerk of the Court shall serve this order on Plaintiff Mercado at the address of record and at 1625 Richland Avenue, Apt. 24, Ceres, CA 95307.

IT IS SO ORDERED.

Dated: __**November 30, 2020**__

UNITED STATES MAGISTRATE JUDGE