# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MERCADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00161-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE FINDINGS AND RECOMMENDATIONS ON PLAINTIFF MERCADO |

On January 6, 2020, findings and recommendations issued recommending this action be dismissed for Plaintiff's failure to comply and failure to prosecute. The Court HEREBY DIRECTS the Clerk of the Court to serve the January 6, 2020 findings and recommendations (ECF No. 57) on Plaintiff Mercado at 1625 Richland Avenue, Apt. 24, Ceres, CA, 95307 and by email at mercadoviktoria@gmail.com.

IT IS SO ORDERED.

Dated:  **January 6, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1